UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN EDWARD KIRK,

    Petitioner,
                                                    Civil No. 2:20-CV-10748
                                                    HONORABLE NANCY G. EDMUNDS

v.

CONNIE HORTON,

    Respondent.
_____/

**JUDGMENT**

The above entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on November 4, 2022:

    (1)  The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2)  A Certificate of Appealability is DENIED.

    (3)  Petitioner is DENIED leave to appeal *in forma pauperis*.

                                                           KINIKIA ESSIX
                                                           CLERK OF THE COURT

APPROVED:
                                                         BY:  L. Bartlett_____
                                                                    DEPUTY CLERK

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE
Dated:  November 4, 2022